AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 12/28/2007 |
| Name of SERVER: Olga Herrera | TITLE: Legal Assistant |

| Check one box below to indicate appropriate method of service |
|---|
| ☐ Served Personally upon the Defendant. Place where served: |
| ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.<br>Name of person with whom the summons and complaint were left: |
| ☐ Returned unexecuted: |
| ☒ Other (specify): SERVICE BY CERTIFIED MAIL ON EACH PARTY BELOW:<br>Michael Chertoff, Department of Homeland Security, 245 Murray Lane, SW, Washington, DC 20528<br>Michael Mukasey, Attorney General, U.S. Department of Justice, 950 Pennsylvania Ave. NW, Washington, DC 20530<br>Robert Mueller, Federal Bureau of Investigation, J. Edgar Hoover Building, 935 Pennsylvania Avenue, NW, Washington, D.C. 20535<br>Rosemary Melville, District Director, Citizenship and Immigration Services, 630 Sansome St. Room 1080, San Francisco CA 94111<br>Emilio Gonzalez, Director, U.S. Citizenship and Immigration Service, 20 Massachusetts Avenue, NW, Washington, D.C. 20529 |

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/28/07
Date

Signature of Server: *Olga Herrera*

Address of Server: 170 Columbus Ave. Fourth Floor San Francisco, CA

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure