1 | JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-6915
FAX: (415) 436-6927
7
Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HONG WANG, | ) |
| Plaintiff, | ) No. C 07-6286 SI |
| v. | ) |
| MICHAEL MUKASEY, Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO GONZALEZ, Director, United States Citizenship and Immigration Services; ROBERT MUELLER, Director of the Federal Bureau of Investigations, United States Department of Justice; ROSEMARY MELVILLE, District Director of United States Citizenship and Immigration Services, Department of Homeland Security; UNITED STATES DEPARTMENT OF JUSTICE; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES FEDERAL BUREAU OF INVESTIGATION; DEPARTMENT OF JUSTICE; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, | ) **STIPULATION TO EXTEND DATES; and [PROPOSED] ORDER** |
| Defendants. | ) |

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiff filed this action on or about December 12, 2007. The United States Attorney's

Stipulation for Extension
C 07-6286 SI                                    1

1  Office was not served until January 22, 2008.

2     2. Pursuant to this Court's December 12, 2007 Order Setting Initial Case Management

3  Conference, the parties are required to file a joint case management statement on March 21, 2008

4  and attend a case management conference on March 28, 2008.

5     3. Accordingly, in order to allow sufficient time for defendants to answer and prepare a joint

6  case management statement, and possibly administratively resolve the case, the parties hereby

7  respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

8    Last day to file Defendants' Answer:                   March 21, 2008

9    Last day to file Joint ADR Certification:                 March 28, 2008

10   Last day to file/serve Joint Case Management Statement:  April 4, 2008

11   Case Management Conference:                         April 11, 2008 at 2:00 p.m.

12 Date: January 29, 2008                        Respectfully submitted,

13                                                JOSEPH P. RUSSONIELLO
14                                              United States Attorney

15                                              /s/
16                                              EDWARD A. OLSEN[1]
17                                              Assistant United States Attorney
                                             Attorneys for Defendants

18

19 Date: January 29, 2008                        /s/
                                             NORMAN C. PLOTKIN
20                                              BETH COHN-MINTZ
                                             Attorneys for Plaintiff

21

22                                       **ORDER**

23    Pursuant to stipulation, IT IS SO ORDERED.

24 Date: _____

25                                              SUSAN ILLSTON
                                             United States District Judge

26

27    [1] I, Edward Olsen, hereby attest that I have on file all holograph signatures for any
28 signatures indicated by a "conformed" signature (/s/) within this efiled document.

Stipulation for Extension
C 07-6286 SI                                2