| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>EDWARD A. OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-6915<br>FAX: (415) 436-6927 |
| 7 | |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| HONG WANG, | ) | |
| | ) | No. C 07-6286 SI |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **STIPULATION TO EXTEND DATES;** |
| MICHAEL MUKASEY, Attorney General of the | ) | **and [PROPOSED] ORDER** |
| United States; MICHAEL CHERTOFF, Secretary | ) | |
| of the Department of Homeland Security; | ) | |
| EMILIO GONZALEZ, Director, United States | ) | |
| Citizenship and Immigration Services; ROBERT | ) | |
| MUELLER, Director of the Federal Bureau of | ) | |
| Investigations, United States Department of | ) | |
| Justice; ROSEMARY MELVILLE, District | ) | |
| Director of United States Citizenship and | ) | |
| Immigration Services, Department of Homeland | ) | |
| Security; UNITED STATES DEPARTMENT | ) | |
| OF JUSTICE; UNITED STATES | ) | |
| DEPARTMENT OF HOMELAND SECURITY; | ) | |
| UNITED STATES FEDERAL BUREAU OF | ) | |
| INVESTIGATION; DEPARTMENT OF | ) | |
| JUSTICE; UNITED STATES CITIZENSHIP | ) | |
| AND IMMIGRATION SERVICES, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiff filed this action on or about December 12, 2007. The United States Attorney's

Stipulation for Extension
C 07-6286 SI                                     1

1 | Office was not served until January 22, 2008.

2. Pursuant to this Court's December 12, 2007 Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on March 21, 2008 and attend a case management conference on March 28, 2008.

3. Accordingly, in order to allow sufficient time for defendants to answer and prepare a joint case management statement, and possibly administratively resolve the case, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day to file Defendants' Answer: | March 21, 2008 |
| Last day to file Joint ADR Certification: | March 28, 2008 |
| Last day to file/serve Joint Case Management Statement: | April 4, 2008 |
| Case Management Conference: | April 11, 2008 at 2:00 p.m. |

Date: January 29, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


_____/s/_____
EDWARD A. OLSEN[1]
Assistant United States Attorney
Attorneys for Defendants


Date: January 29, 2008

_____/s/_____
NORMAN C. PLOTKIN
BETH COHN-MINTZ
Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
SUSAN ILLSTON
United States District Judge

---

[1] I, Edward Olsen, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Stipulation for Extension
C 07-6286 SI                          2