1 | JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-6915
FAX: (415) 436-6927

7 | Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

HONG WANG,                                      )
                                                )   No. C 07-6286 SI
        Plaintiff,                              )
                                                )
    v.                                          )
                                                )   **STIPULATION TO DISMISS AND**
MICHAEL MUKASEY, Attorney General of the        )   **[PROPOSED] ORDER**
United States; MICHAEL CHERTOFF, Secretary      )
of the Department of Homeland Security;         )
EMILIO GONZALEZ, Director, United States        )
Citizenship and Immigration Services; ROBERT    )
MUELLER, Director of the Federal Bureau of      )
Investigations, United States Department of     )
Justice; ROSEMARY MELVILLE, District            )
Director of United States Citizenship and       )
Immigration Services, Department of Homeland    )
Security; UNITED STATES DEPARTMENT              )
OF JUSTICE; UNITED STATES                       )
DEPARTMENT OF HOMELAND SECURITY;                )
UNITED STATES FEDERAL BUREAU OF                 )
INVESTIGATION; DEPARTMENT OF                    )
JUSTICE; UNITED STATES CITIZENSHIP              )
AND IMMIGRATION SERVICES,                       )
                                                )
        Defendants.                             )
                                                )

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration

Stipulation for Dismissal
C 07-6286 SI                                    1

Services adjudicated Plaintiff's application for naturalization.

 Each of the parties shall bear their own costs and fees.

Date: February 29, 2008      Respectfully submitted,

              JOSEPH P. RUSSONIELLO
              United States Attorney

              /s/
              EDWARD A. OLSEN[1]
              Assistant United States Attorney
              Attorneys for Defendants

              /s/
Date: February 29, 2008      NORMAN C. PLOTKIN
              BETH COHN-MINTZ
              Attorneys for Plaintiff

**ORDER**

 Pursuant to stipulation, IT IS SO ORDERED.

Date:

              SUSAN ILLSTON
              United States District Judge

---

[1] I, Edward Olsen, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.