1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6915
   FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12 HONG WANG,                              )
                                           ) No. C 07-6286 SI
13          Plaintiff,                     )
                                           )
14     v.                                  )
                                           ) **STIPULATION TO DISMISS AND**
15 MICHAEL MUKASEY, Attorney General of the) **[PROPOSED] ORDER**
   United States; MICHAEL CHERTOFF, Secretary)
16 of the Department of Homeland Security;  )
   EMILIO GONZALEZ, Director, United States )
17 Citizenship and Immigration Services; ROBERT)
   MUELLER, Director of the Federal Bureau of )
18 Investigations, United States Department of )
   Justice; ROSEMARY MELVILLE, District     )
19 Director of United States Citizenship and )
   Immigration Services, Department of Homeland )
20 Security; UNITED STATES DEPARTMENT       )
   OF JUSTICE; UNITED STATES                )
21 DEPARTMENT OF HOMELAND SECURITY; )
   UNITED STATES FEDERAL BUREAU OF          )
22 INVESTIGATION; DEPARTMENT OF             )
   JUSTICE; UNITED STATES CITIZENSHIP       )
23 AND IMMIGRATION SERVICES,                )
                                           )
24          Defendants.                    )
                                           )
25

26     Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys

27 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

28 action without prejudice in light of the fact that the United States Citizenship and Immigration

Stipulation for Dismissal
C 07-6286 SI                              1

Services adjudicated Plaintiff's application for naturalization.

    Each of the parties shall bear their own costs and fees.

Date: February 29, 2008                    Respectfully submitted,

                                                            JOSEPH P. RUSSONIELLO
                                                            United States Attorney

                                                            /s/
                                                            EDWARD A. OLSEN[1]
                                                            Assistant United States Attorney
                                                            Attorneys for Defendants

                                                            /s/
Date: February 29, 2008                    NORMAN C. PLOTKIN
                                                            BETH COHN-MINTZ
                                                            Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   3/3/08                                       _____
                                                           SUSAN ILLSTON
                                                           United States District Judge

---

[1] I, Edward Olsen, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Stipulation for Dismissal
C 07-6286 SI                                             2